IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRYL RAINEY, ) | |
| ) | Case No. 1:23-cv-04318 |
| Plaintiff, ) | |
| ) | Honorable Judge John J. Tharp, Jr. |
| v. ) | |
| ) | Magistrate Judge Beth W. Jantz |
| OSI INDUSTRIES, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant OSI Industries, LLC ("OSI") hereby moves this Court for an additional twenty-nine (29) days to answer or otherwise respond to the Complaint filed by Plaintiff Darryl Rainey ("Plaintiff"), which will make OSI's response due by Friday, September 1, 2023. **Plaintiff does not oppose granting an additional 29 days.** In support of this motion, OSI states as follows:

1. On July 7, 2023, Plaintiff filed a Complaint alleging harassment, discrimination, and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5 *et seq*. ("Title VII"). OSI's answer or responsive pleading is due on August 3, 2023.

2. OSI recently retained the undersigned counsel, who requires additional time to investigate the allegations in the Complaint.

3. OSI's counsel, on August 1, 2023, contacted Plaintiff's counsel, Nathan Volheim, who advised that Plaintiff does not oppose granting Defendant the additional time to answer or otherwise respond.

4. OSI therefore asks the Court for an additional 29 calendar days to answer or otherwise respond to the Complaint, which would make OSI's response due on or before Friday, September 1, 2023.

QB\83860533.1

5. This is OSI's first request for additional time in this matter, the granting of which will not prejudice Plaintiff.

WHEREFORE, Defendant, OSI Industries, LLC, requests the Court enter an Order granting OSI an additional twenty-nine (29) calendar days, until and including September 1, 2023, to answer or otherwise respond to Plaintiff's Complaint.

DATED: August 2, 2023                    OSI INDUSTRIES, LLC,


                                         By: /s/ *William A. Walden*
                                              One of Its Attorneys

William A. Walden (ARDC #6271092)
Quarles & Brady LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 715-5000
William.Walden@quarles.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 2, 2023, I caused a copy of the foregoing **DEFENDANT'S UNCONTESTED MOTION FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE RESPOND** to be electronically filed via the Court's CM/ECF system, which sent notice to the following counsel of record:

>Nathan C. Volheim
>Alexander J. Taylor
>Sulaiman Law Group, Ltd.
>2500 S. Highland Avenue
>Suite 200
>Lombard, IL 60148
>nvolheim@sulaimanlaw.com
>ataylor@sulaimanlaw.com

    /s/*William A. Walden*
    William A. Walden